IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DIRECTV, Inc.,
   a California corporation                                                                     PLAINTIFF

VS.                         Civil Action No. 4:11-cv-82DPM

JEREMY JONES and JILL JONES, Individually,
And as officers, directors, shareholders, and/or
Principals of PULSE NIGHTCLUB, LLC d/b/a
PULSE NIGHT CLUB, a/k/a THE PULSE NIGHT
CLUB.                                                                    DEFENDANTS

And

PULSE NIGHT CLUB, LLC d/b/a PULSE NIGHT
CLUB, a/k/a THE PULSE NIGHT CLUB                         DEFENDANT

## CONSENT JUDGMENT

On this date comes before the Court by agreement of the parties, the Defendants Jeremy Jones, Jill Jones and Pulse Night Club, LLC, by their attorney Stephen L. Curry, and Plaintiff DirectTV, by its attorney, Wayne D. Lonstein, having indicated that they have resolved their dispute and that a final judgment should be entered pursuant to the parties settlement agreement. The Court does enter judgment as follows:

1.    Pulse Night Club, LLC, acknowledges that it had no lawful right to the exhibition of DIRECTV Programming in its business establishment under a license agreement or authority from DIRECTV.

2.    Pulse Night Club, LLC hereby consents to entry of judgment in the sum of $10,000.00, bearing interest at the maximum lawful rate until paid.

3. Plaintiff's action against Defendants Jeremy Jones and Jill Jones is hereby dismissed with prejudice.

4. Each party shall be responsible for their own attorney's fees and cost incurred in this action.

IT IS THEREFORE ORDERED AND ADJUDGED that judgment is rendered for Plaintiff DirectTV and against Defendant Pulse Night Club, LLC, in the sum of $10,000.00; the Complaint against Defendants Jeremy Jones and Jill Jones is hereby dismissed with prejudice; each party shall be responsible for their own attorney's fees and costs incurred in this action.

IT IS SO ORDERED.

_____
DISTRICT JUDGE

8 January 2013
_____
DATE

_____
Stephen L. Curry
Attorney at Law
scurry@aristotle.net
Attorney for Defendants

_____
Wayne D. Lonstein
LONSTEIN LAW OFFICE, P.C.
legal@signallaw.com
Attorney for Plaintiff